CHARLES MEDERER et al., Appellants, v. ANDREW J. VAN SICLEN et al., as Executors of JAMES VAN SICLEN, Deceased, Respondents.

*Mederer* v. *Van Siclen*, 163 App. Div. 872, affirmed.
(Argued December 16, 1916; decided January 16, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to determine title to real property. Plaintiffs are in possession and allege they own the title in fee under a deed of conveyance. Defendants claim possession under four separate tax leases. The validity of the tax leases is the question at issue.

*John L. Wells, Charles A. Collin* and *Edward E. Dean* for appellants.

*William W. Gillen* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.